**FILED**

**OCT 11 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN ORDER
PURSUANT TO 18 U.S.C. § 2705(b)
CONCERNING LEGAL PROCESS
DIRECTED AT AIRBNB INC. FOR
INVESTIGATION GJ2017100242473

Misc. No. 17-mc-2490
*SEALED*

## ORDER

The undersigned United States Magistrate Judge has received the application of an Assistant United States Attorney, pursuant to 18 U.S.C. §2705(b), for an order of nondisclosure of a grand jury subpoena directed at Airbnb, Inc. Section 2705(b) provides for the issuance of such orders directed to "a provider of electronic communication service[.]" The undersigned finds that Airbnb, Inc. is a user, rather than a provider, of electronic communication service, and that an order pursuant to Section 2705(b) thus cannot lie.

The pending application therefore is **DENIED WITHOUT PREJUDICE**. Should counsel for the United States determine that the United States will maintain its request for an order of nondisclosure, then counsel shall proceed in accordance with the opinion of the Court as set forth in *In re United States for an Order Pursuant to 28 U.S.C. § 1651(A) for Order Precluding Notice of Grand Jury Subpoena*, 2017 WL 3278929 (D.D.C. July 7, 2017) (Howell, C.J.).

DEBORAH A. ROBINSON
United States Magistrate Judge

October 6, 2017

